IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, DISABILITY RIGHTS FLORIDA, and COMMON CAUSE,<br><br>*Plaintiffs,*<br><br>v.<br><br>LAUREL M. LEE, in her official capacity as Secretary of State of Florida,<br><br><br>*Defendant.* | Case No. 4:21cv187-AW/MAF |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiffs, Florida State Conference of the National Association for the Advancement of Colored People Branches and Youth Units ("Florida NAACP"), Disability Rights Florida ("DRF"), and Common Cause through the undersigned counsel, respectfully move for the admission *pro hac vice* of Morenike Fajana, a licensed member of the New York Bar. Ms. Fajana has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

1

1. Morenike Fajana resides in New York, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

2. Ms. Fajana is licensed to practice law in New York and is a member in good standing of the New York Bar, as verified by the Attorney Admissions Clerk. *See also* Exhibit A.

3. Ms. Fajana is counsel at the NAACP Legal Defense and Educational Fund, Inc., located at 40 Rector Street, 5th floor, New York, New York, 10006.

4. Ms. Fajana completed the online Attorney Admission Tutorial and exam and the online CM/ECF Tutorial.

5. Ms. Fajana studied and is familiar with the Local Rules of this District.

6. Ms. Fajana has an active, upgraded PACER account. She requests authorization to receive electronic notices of filing. Her email address is mfajana@naacpldf.org.

7. Ms. Fajana is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit Morenike Fajana to appear *pro hac vice*.

3

Date: May 12, 2021

                              */s/ Morenike  Fajana*
                              Morenike Fajana (NY Bar No. 5266846)
                              NAACP Legal Defense &
                                  Educational Fund, Inc.
                              40 Rector Street, 5th Floor
                              New York, NY 10006
                              Tel.: (646) 891-6448
                              Fax: (212) 226-7592
                              mfajana@naacpldf.org

                              *Counsel for Plaintiffs Florida NAACP, DRF and Common Cause*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Morenike Fajana*
Morenike Fajana (NY Bar No. 5266846)
NAACP Legal Defense &
   Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel.: (646) 891-6448
Fax: (212) 226-7592
mfajana@naacpldf.org

*Counsel for Plaintiffs Florida NAACP, DRF and Common Cause*
