# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

*Plaintiffs*,

v.

LAUREL M. LEE, in her official capacity
as Florida Secretary of State,

*Defendant*,

REPUBLICAN NATIONAL
COMMITTEE and NATIONAL
REPUBLICAN SENATORIAL
COMMITTEE,

*Proposed Intervenor-Defendants.*

No. 4:21-cv-187-MW-MAF

# MOTION TO INTERVENE

Movants—the Republican National Committee and National Republican Senatorial Committee—seek to intervene as defendants in this case. Attached is a memorandum of law that explains why Movants are entitled to intervention as of right under Rule 24(a)(2) and to permissive intervention under Rule 24(b). For all those reasons, Movants respectfully ask the Court to grant this motion. Defendant has no objection to Movants' intervention. Plaintiffs do not consent.

Dated: May 20, 2021

Tyler Green*
Utah Bar No. 10660
Cameron T. Norris*
Tenn. Bar No. 33467
Steven C. Begakis*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com

Respectfully submitted,

  _/s/ Daniel E. Nordby_____
Daniel E. Nordby
Fla. Bar No. 14588
Benjamin J. Gibson
Fla. Bar No. 58661
George N. Meros, Jr.
Fla. Bar No. 263321
Amber Stoner Nunnally
Fla. Bar No. 109281
SHUTTS & BOWEN LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Tel: (850) 241-1717
dnordby@shutts.com
bgibson@shutts.com
gmeros@shutts.com
anunnally@shutts.com
mmontanaro@shutts.com

*pro hac vice forthcoming

*Counsel for Proposed Intervenor-Defendants Republican National Committee
and National Republican Senatorial Committee*

1

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)**

Counsel for Movants conferred with counsel for Plaintiffs and Defendant regarding this motion. Defendant does not object to intervention. Plaintiffs do not consent to intervention.

*/s/ Daniel E. Nordby*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2021, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will serve all parties whose counsel have entered appearances.

*/s/ Daniel E. Nordby*