**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**FLORIDA STATE CONFERENCE OF**
**BRANCHES AND YOUTH UNITS OF**
**THE NAACP, et al.,**

    *Plaintiffs*,

v.   Case No.:  4:21cv187-MW/MAF

**LAUREL M. LEE, in her official**
**capacity as Florida Secretary of**
**State,**

    *Defendant.*
_____/

## ORDER DENYING MOTION TO DISMISS AS MOOT

This Court has considered, without hearing, Defendant Lee's Motion to Dismiss, ECF No. 36, and Plaintiff's response in opposition, ECF No. 46. Since Defendant filed its motion, Plaintiff has filed an amended complaint, and Defendant's motion is thus **DENIED as moot**. This Court recognizes that Defendant Lee may raise similar arguments in a new motion directed to the amended complaint.

**SO ORDERED on June 14, 2021.**

                                                s/Mark E. Walker         
                                              **Chief United States District Judge**