## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH
UNITS OF THE NAACP, COMMON
CAUSE, and DISABILITY RIGHTS
FLORIDA, et al.,

        Plaintiffs,

v.

LAUREL M. LEE,                                        Case 4:21-cv-00187-MW-MAF

        in her official capacity as
        Florida Secretary of State, et
        al.,

        Defendants,

REPUBLICAN NATIONAL
COMMITTEE and NATIONAL
REPUBLICAN SENATORIAL
COMMITTEE,

        Intervenor-Defendants.

## JOINT STATUS REPORT

This Court's Initial Scheduling Order dated June 4, 2021 (ECF No. 41)
directed all parties to file a joint status report "stating what discovery
requests each party has made and the status of the response to each request."
In accordance with that directive, Plaintiffs Florida State Conference of

Branches and Youth Units of the NAACP, Common Cause, and Disability Rights Florida (together, the "Plaintiffs"); Defendant Laurel M. Lee, in her official capacity as the Florida Secretary of State ("Secretary Lee"); 66 of the 67 Defendant supervisors of elections, in their official capacities (together, the "Supervisor Defendants");[1] and Defendant-Intervenors Republican National Committee and the National Republican Senatorial Committee (together, the "Republican Intervenors"), respectfully submit their Joint Status Report, and state:

## Consolidation for Discovery Purposes

1.     On June 17, 2021 and July 6, 2021, the Court entered orders consolidating, "for discovery purposes only," this action ("*NAACP*") with *League of Women Voters, et al., v. Lee, et al.*, No. 4:21-cv-186 (N.D. Fla.) ("*LWV*"), *Harriet Tubman Freedom Fighters, Corp., et al. v. Lee, et al.*, No. 4:21-cv-242 (N.D. Fla.) ("*Harriet Tubman*"), and *Florida Rising Together, et al. v. Lee, et al.*, No. 4:21-cv-201 (N.D. Fla.) ("*Florida Rising*") actions. *NAACP* ECF No. 59; *Florida Rising* ECF No. 53.

---

[1] Plaintiffs' counsel circulated a copy of this Joint Status Report to all counsel of record, but counsel for Hernando County Supervisor of Elections Shirley Anderson did not respond prior to filing.

## Discovery Directed to Secretary Lee

2.      Plaintiffs served their First Set of Requests for Production to Secretary Lee and First Set of Interrogatories to Secretary Lee on May 28, 2021.

3.      Under Fed. R. Civ. P. 33(b)(2) and 34(b)(2)(A), Secretary Lee's responses and objections to the First Set of Requests for Production and First Set of Interrogatories would ordinarily have been due on June 27, 2021. However, in accordance with the Fed. R. Civ. P. 29 and Local Rule 6.1, Plaintiffs have agreed to an ten-day extension of the deadline, such that the deadline for Secretary Lee to serve written responses and objections to the First Set of Requests for Production and First Set of Interrogatories is July 7, 2021.

4.      In accordance with the Fed. R. Civ. P. 29 and Local Rule 6.1, Plaintiffs and Secretary Lee have further agreed that Secretary Lee will complete any "rolling" productions of documents responsive to the First Set of Requests for Production and First Set of Interrogatories by July 23, 2021.

## Discovery Directed to the Supervisor Defendants

5.      On June 16, 2021, Plaintiffs served their First Set of Requests for Production and First Set of Interrogatories on the Supervisor Defendants of the following counties: Alachua, Broward, Charlotte, Clay, Collier, Duval,

Escambia, Glades, Hardee, Hendry, Hernando, Hillsborough, Holmes, Indian River, Lake, Lee, Leon, Levy, Manatee, Marion, Martin, Monroe, Okaloosa, Okeechobee, Osceola, Pasco, Pinellas, Polk, Sarasota, Seminole, St. Lucie, and Volusia. Their responses are due on July 16, 2021.[2]

6.      On June 17, 2021, Plaintiffs served their First Set of Requests for Production and First Set of Interrogatories on Orange County Supervisor of Elections Bill Cowles. In accordance with the Fed. R. Civ. P. 29 and Local Rule 6.1, Plaintiffs have agreed to an ten-day extension of the deadline for Supervisor Cowles to serve written responses and objections to the First Set of Requests for Production and First Set of Interrogatories. His responses are now due July 29, 2021.

7.      On June 23, 2021, Plaintiffs served their First Set of Requests for Production and First Set of Interrogatories on the Supervisor Defendants of the following counties: Brevard, Citrus, DeSoto, Flagler, Gilchrist, Gulf, Highlands, and Jefferson. Their responses are due on July 23, 2021.

---

[2] Counsel for the Hillsborough County Supervisor of Elections makes the following additional statement: There is substantial overlap between the requests for production propounded by Plaintiffs in the *LWV* case and the requests for production propounded on the SOEs in the instant case. Hillsborough and several other SOEs have already provided detailed documents to the *LWV* Plaintiffs in response to their discovery requests. Since discovery has now been consolidated, Hillsborough requests that *NAACP* Plaintiffs revise their requests for production to eliminate or substantially reduce such overlap between discovery requests propounded in the two lawsuits, where reasonable and possible to effect the purposes of full discovery. Hillsborough believes it would be unduly burdensome to respond to substantially the same requests twice.

8.     On June 24, 2021, Plaintiffs served their First Set of Requests for Production and First Set of Interrogatories on the Supervisor Defendants of the following counties: Baker, Bay, Bradford, Calhoun, Columbia, Dixie, Franklin, Gadsden, Hamilton, Jackson, Lafayette, Liberty, Madison, Nassau, Putnam, Santa Rosa, St. Johns, Sumter, Suwannee, Taylor, Union, Wakulla, Walton, and Washington. Their responses are due on July 26, 2021.

9.     On June 29, 2021, Plaintiffs served their First Set of Requests for Production and First Set of Interrogatories on the Miami-Dade County Supervisor of Elections and Palm Beach County Supervisor of Elections. Their responses are due on July 29, 2021.

10.     Certain Supervisor Defendants have begun making document productions concurrently to the *LWV* Plaintiffs and to the *NAACP* Plaintiffs, and *NAACP* Plaintiffs are reviewing the materials provided.

## Discovery Directed to Plaintiffs

11.     On July 2, 2021, Defendant Secretary Lee served her First Set of Requests for Production and First Set of Interrogatories on all Plaintiffs in this matter.

12.     Pursuant to Fed. R. Civ. P. 33(b)(2) and 34(b)(2)(A), Plaintiffs' responses and objections to the First Set of Requests for Production and First Set of Interrogatories is due on August 2, 2021.

## **Discovery Coordination**

13.     Plaintiffs may propose a Stipulation regarding discovery coordination between the four actions in this Court challenging aspects of Senate Bill 90, 2021 Fla. Sess. Law Serv. ch. 2021-11. The contemplated Stipulation would facilitate streamlined production and use of discovery materials and related documents across the *LWV*, *NAACP*, *Harriet Tubman*, and *Florida Rising* actions.

14.     The contemplated Stipulation would effectuate the consolidation (for discovery purposes only) of the *NAACP*, *LWV*, *Harriet Tubman*, and *Florida Rising* actions, ordered by this Court on June 17, 2021 and July 6, 2021. *NAACP ECF* No. 59; *Florida Rising* ECF No. 53.

15.     Secretary Lee and the Republican Intervenors will make a determination on any proposed stipulation, should such a stipulation be proposed, at the appropriate time.

Dated: July 6, 2021

Robert D. Fram (*pro hac vice*)
Covington & Burling LLP
415 Mission Street
San Francisco, CA 94105
415-591-7025
rfram@cov.com

P. Benjamin Duke (*pro hac vice*)
Shira M. Poliak*
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
212-841-1270
pbduke@cov.com

Michael Pernick (*pro hac vice*)
Morenike Fajana (*pro hac vice*)
NAACP Legal Defense &
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
212-965-2200
mfajana@naacpldf.org

Respectfully submitted,

/s Benjamin L. Cavataro
Benjamin L. Cavataro
   (Fla. Bar No. 113534)
Jad H. Khazem
   (Fla. Bar No. 124408)
Virginia A. Williamson*
Morgan E. Saunders (*pro hac vice*)
Covington & Burling LLP
850 Tenth Street, N.W.
Washington, DC 20001
202-662-5693
bcavataro@cov.com

Amia Trigg*
Mahogane D. Reed*
NAACP Legal Defense & Educational
   Fund, Inc.
700 14th Street NW, Ste. 600
Washington, DC 20005
202-682-1300
atrigg@naacpldf.org

Nellie L. King
   (Fla. Bar No. 0099562)
The Law Offices of Nellie L. King, P.A.
319 Clematis Street, Suite 107
West Palm Beach, FL 33401
561-833-1084
Nellie@CriminalDefenseFla.com

* Motions for admission *pro hac vice*
forthcoming

*Counsel for Plaintiffs*

Bradley R. McVay (Fla. Bar No. 79034)
Ashley E. Davis (Fla. Bar No. 48032)
Florida Department of State
RA Gray Building
500 South Bronough St., Ste. 100
Tallahassee, FL 32399
850-245-6531
brad.mcvay@dos.myflorida.com
ashley.davis@dos.myflorida.com

s/ Mohammad O. Jazil
Mohammad O. Jazil
  (Fla. Bar No. 72556)
Gary V. Perko (Fla. Bar No. 855898)
Holtzman Vogel Baran Torchinsky &
  Josefiak PLLC
2300 N. Street, NW, Suite 643A
Washington, D.C. 20037
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com

*Counsel for Defendant Laurel M. Lee*

s/ Susan Erdelyi
Susan Erdelyi
  (Fla. Bar No. 648965)
Marks Gray, P.A.
1200 Riverplace Blvd, Ste. 800
Jacksonville, FL 32207
904-807-2126
sse@marksgray.com

*Counsel for Defendants
Christopher Milton, Mark
Anderson, Amanda Seyfang,
Sharon Chason, Tomi S. Brown,
Starlet Cannon, Heather Riley,
Shirley Knight, Laura Hutto,
Carol Dunaway, Travis Hart,
Grant Conyers, Janet Adkins,
Charles Overturf, Tappie Villane,
Vicky Oakes, William Keen,
Jennifer Musgrove, Dana
Southerland, Deborah Osborne,
Joseph Morgan, Bobby Beasley
and Carol Rudd*

s/ Frank M. Mari
Frank M. Mari (Fla. Bar No. 93243)
Bell & Roper, P.A.
2707 E. Jefferson St.
Orlando, FL 32803
407-897-5150
fmari@bellroperlaw.com

*Counsel for Defendants Mark
Negley, Connie Sanchez, John
Hanlon, Marty Bishop, Heath
Driggers, Lori Scott, Kaiti Lenhart,
and Penny Ogg*

s/ Ronald A. Labasky
Ronald A. Labasky (Fla. Bar No. 206326)
Brewton Plante, P.A.
215 S. Monroe St., Suite 825
Tallahassee, FL 32301
850-222-7718
Fax: 850-222-8222
rlabasky@bplawfirm.net

s/ John T. LaVia, III
John T. LaVia, III (Fla. Bar No. 853666)
Gardner, Bist, Bowden, Dee, LaVia,
   Wright, Perry, & Harper, P.A.
1300 Thomaswood Drive
Tallahassee, FL 32308
Telephone No.: (850) 385-0070
Facsimile No.: (850) 385-5416
E-mail: jlavia@gbwlegal.com
Secondary E-mail: faith@gbwlegal.com

*Counsel for Defendants Chris H. Chambless, Vicki Davis, Mary Jane
Arrington, Gertrude Walker and Lori Edwards*

s/ Andy V. Bardos
Andy V. Bardos
   (Fla. Bar No. 822671)
GrayRobinson, P.A.
301 S. Bronough St., Ste. 600
Tallahassee, FL 32301
850-577-9090
andy.bardos@gray-robinson.com

*Counsel for Defendants Paul
Stamoulis, Jennifer J. Edwards,
Leslie Swan, Alan Hays, Tommy
Doyle, Michael Bennett, Wesley
Wilcox, Joyce Griffin, Brian Corley
and Christopher Anderson*

s/ Stephen M. Todd
Stephen M. Todd
   (Fla. Bar No. 886203)
Office of the County Attorney
601 E. Kennedy Blvd., 27th Floor
Tampa, FL 33602
813-272-5670
todds@hillsboroughcounty.org

*Counsel for Defendant Craig
Latimer*

<u>s/ Kelly L. Vicari</u>
Kelly L. Vicari (Fla. Bar No. 88704)
Pinellas County Attorney's Office
315 Court Street, 6th Floor
Clearwater, FL 33756
727-464-3354
kvicari@pinellascounty.org

*Counsel for Defendant Julie*
*Marcus*

<u>s/ Kia M. Johnson</u>
Kia M. Johnson (Fla. Bar No. 124746)
Escambia County Attorney's Office
221 Palafox Place, Ste. 430
Pensacola, FL 32502
850-595-4970
kmjohnson@myescambia.com

*Counsel for Defendant David H.*
*Stafford*

<u>s/ Nathaniel A. Klitsberg</u>
Nathaniel A. Klitsberg
   (Fla. Bar No. 307520)
Benjamin Salzillo
   (Fla. Bar No. 582751)
Broward County Attorney's Office
115 South Andrews Ave., Ste. 423
Ft. Lauderdale, FL 3330
954-357-7600
nklitsberg@broward.org

*Counsel for Defendant Joe Scott*

s/ Dale Scott
Dale Scott (Fla. Bar No. 568821)
Bell & Roper, P.A.
2707 E. Jefferson St.
Orlando, FL 32803
407-897-5150
dscott@bellroperlaw.com

*Counsel for Defendant*
*Maureen Baird*

s/ Robert Shearman
Robert Shearman
  (Fla. Bar No. 614025)
Henderson, Franklin, Starnes &
  Holt, P.A.
1715 Monroe Street
Ft. Myers, FL 33901
239-334-1346
robert.shearman@henlaw.com

*Counsel for Defendants Aletris*
*Farnam, Diane Smith, Brenda Hoots,*
*Therisa Meadows, Tammy Jones and*
*Melissa Arnold*

s/ Craig D. Feiser
Craig D. Feiser
  (Fla. Bar No. 164593)
Mary Margaret Giannini
  (Fla. Bar No. 1005572)
117 W. Duval Street, Suite 480
Jacksonville, FL 32202
904-255-5100
cfeiser@coj.net
mgiannini@coj.net

*Counsel for Defendant Mike*
*Hogan*

s/ Mark Herron
Mark Herron (Fla. Bar No. 199737)
S. Denay Brown (Fla. Bar No. 88571)
Messer Caparello, P.A.
2618 Centennial Place
Tallahassee, FL 32308
mherron@lawfla.com
dbrown@lawfla.com
850-222-0720

*Counsel for Defendant Mark Earley*

s/ Gregory T. Stewart
Gregory T. Stewart (Fla. Bar No. 203718)
Elizabeth D. Ellis (Fla. Bar No. 97873)
Kirsten H. Mood (Fla. Bar No. 115595)
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, FL 32308
850-224-4070
gstewart@ngnlaw.com
eellis@ngnlaw.com
kmood@ngnlaw.com

*Counsel for Defendant Paul Lux*

s/ Nicholas Shannin
Nicholas Shannin (Fla. Bar No. 9570)
Shannin Law Firm, P.A.
214 S. Lucerne Circle East
Orlando, FL 32801
407-985-2222
nshannin@shanninlaw.com

*Counsel for Defendant Bill Cowles*

s/ W. Kevin Bledsoe
W. Kevin Bledsoe (Fla. Bar No. 29769)
123 W. Indiana Avenue
Deland, FL 32720
386-736-5950
Kbledsoe@volusia.org

London L. Ott (Fla. Bar No. 95058)
123 W. Indiana Avenue
Deland, FL 32720
lott@volusia.org
386-736-5950

*Counsel for Defendant Lisa Lewis*

s/ Morgan R. Bentley
Morgan Bentley (Fla. Bar No. 962287)
Bentley Law Firm, P.A.
783 S. Orange Ave., Third Floor
Sarasota, FL 34236
941-556-9030
mbentley@thebentleylawfirm.com

*Counsel for Defendant Ron Turner*

13

s/ Michael B. Valdes
Michael B. Valdes (Fla. Bar No. 93129)
Miami-Dade Attorney's Office
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, FL 33128
305-375-5620
michael.valdes@miamidade.gov

*Counsel for Defendant Christina White*


s/ Robert C. Swain
Robert C. Swain (Fla. Bar No. 366961)
Diana M. Johnson (Fla. Bar No. 69160)
Alachua County Attorney's Office
12 SE First St.
Gainesville, FL 32602
352-374-5218
bswain@alachuacounty.us
dmjohnson@alachuacounty.us

*Counsel for Defendant Kim A. Barton*

s/ Ashley Dolan Houlihan
Ashley Dolan Houlihan (Fla. Bar No. 125852)
Palm Beach County Supervisor of Elections' Office
240 S. Military Trail
West Palm Beach, FL 33416
561-656-6200
ashleyhoulihan@pbcelections.org

*Counsel for Defendant Wendy Sartory Link*

<u>s/ Benjamin J. Gibson</u>
Benjamin J. Gibson (Fla. Bar No. 58661)
Daniel E. Nordby
  (Fla. Bar No. 14588)
George N. Meros, Jr.
  (Fla. Bar No. 263321)
Amber S. Nunnally
  (Fla. Bar No. 109281)
Shutts & Bowen LLP
215 S. Monroe St., Ste. 804
Tallahassee, FL 32301
850-241-1720
bgibson@shutts.com
dnordby@shutts.com
gmeros@shutts.com
anunnally@shutts.com

Tyler Green (*pro hac vice*)
Cameron T. Norris (*pro hac vice*)
Steven C. Begakis (*pro hac vice*)
Daniel Shapiro
  (Fla. Bar No. 1011108)
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com
daniel@consovoymccarthy.com

*Counsel for Intervenor-Defendants Republican National Committee and National Republican Senatorial Committee*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing was served to all counsel of record through the Court's CM/ECF system on July 6, 2021.

<u>s/ Benjamin L. Cavataro</u>
Benjamin L. Cavataro

*Attorney for Plaintiffs*