IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, DISABILITY RIGHTS FLORIDA, and COMMON CAUSE,<br><br>*Plaintiffs,*<br><br>v.<br><br>LAUREL M. LEE, in her official capacity as Secretary of State of Florida,<br><br>*Defendant*,<br><br>and<br><br>NATIONAL REPUBLICAN SENATORIAL COMMITTEE, et al.,<br><br>*Intervenor-Defendants*. | Case No. 4:21cv187-AW/MAF<br><br>Consolidated with Case Nos.<br>4:21cv186-MW/MAF<br>4:21cv242-MW/MAF<br>4:21cv201-MW/MJF |

## MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rule 11.1(H), Counsel for Plaintiffs move this court to withdraw John Z. Morris as counsel of record for Plaintiffs Florida State Conference of the National Association for the Advancement of Colored People Branches and Youth Units ("Florida NAACP"), Disability Rights Florida ("DRF"), and Common Cause. Mr. Morris is no longer employed at

1

the NAACP Legal Defense and Educational Fund, Inc. Plaintiffs' counsel have notified Plaintiffs of these developments, and Plaintiffs do not oppose the withdrawal. The Parties should serve all future correspondence and pleadings on the remaining counsel of record for the Plaintiffs.

Date: July 29, 2021

        /s/ *Amia L Trigg*
Amia L. Trigg*
(NY Bar No. 5237144)
NAACP LEGAL DEFENSE &
   EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, D.C. 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
atrigg@naacpldf.org

*Counsel for Plaintiffs Florida NAACP, DRF, and Common Cause*

*Admitted Pro Hac Vice

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

 /s/ Amia L Trigg
Amia L. Trigg*
(NY Bar No. 5237144)
NAACP LEGAL DEFENSE &
    EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, D.C. 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
atrigg@naacpldf.org

*Counsel for Plaintiffs Florida NAACP, DRF, and Common Cause*

*Admitted Pro Hac Vice

3