# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH
UNITS OF THE NAACP, COMMON
CAUSE, and DISABILITY RIGHTS
FLORIDA, et al.,

       Plaintiffs,

v.

LAUREL M. LEE,                                    Case 4:21-cv-00187-MW-MAF

       in her official capacity as
       Florida Secretary of State, et
       al.,

       Defendants,

REPUBLICAN NATIONAL
COMMITTEE and NATIONAL
REPUBLICAN SENATORIAL
COMMITTEE,

       Intervenor-Defendants.

## **NOTICE OF FILING**

PLEASE TAKE NOTICE that pursuant to this Court's Order on September 24, 2021 (ECF 234), Plaintiffs Florida State Conference and Youth Units of the NAACP, Common Cause, and Disability Rights Florida filed the following Motion in the Southern District of Florida:

1. A Motion to Compel the Heritage Foundation and Heritage Action for America to Comply with Third-Party Subpoenas, Case No. 9:21-mc-81824-DMM. A copy of that Motion is attached as Exhibit A.

Dated: September 28, 2021

Respectfully submitted,

*/s/ Michael A. Fletcher II*
P. Benjamin Duke (*pro hac vice*)
Shira M. Poliak*
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
212-841-1270
pbduke@cov.com

Robert D. Fram (*pro hac vice*)
Covington & Burling LLP
415 Mission Street
San Francisco, CA 94105
415-591-7025
rfram@cov.com

Benjamin L. Cavataro (Fla. Bar
No. 113534)
Jad H. Khazem (Fla. Bar No.
124408)
Morgan E. Saunders (*pro hac vice*)
Virginia A. Williamson (*pro hac vice*)
Elizabeth T. Fouhey (*pro hac vice*)
Michael A. Fletcher, II (*pro hac vice*)
Covington & Burling LLP
850 Tenth Street, N.W.
Washington, DC 20001
202-662-5693
bcavataro@cov.com
msaunders@cov.com
efouhey@cov.com
mfletcher@cov.com

Michael Pernick (*pro hac vice*)
Morenike Fajana (*pro hac vice*)
NAACP Legal Defense & Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
212-965-2200
mfajana@naacpldf.org

Amia Trigg (*pro hac vice*)
Mahogane D. Reed (*pro hac vice*)
NAACP Legal Defense & Educational
Fund, Inc.
700 14th Street NW, Ste. 600,
Washington, DC 20005
202-682-1300
atrigg@naacpldf.org

Nellie L. King (Fla. Bar No. 0099562)
The Law Offices of Nellie L. King, P.A.
319 Clematis Street, Suite 107
West Palm Beach, FL 33401
561-833-1084
Nellie@CriminalDefenseFla.com

* Motion for admission *pro hac vice*
forthcoming

*Counsel for Plaintiffs NAACP of
Florida, Common Cause, and Disability
Rights Florida*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record through the Court's CM/ECF system on September 28, 2021.  Non-parties Heritage Foundation and Heritage Action for America were served by email.

*<u>s/ Michael A. Fletcher II</u>*

*Counsel for Plaintiffs*