**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, COMMON CAUSE, and DISABILITY RIGHTS FLORIDA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LAUREL M. LEE,<br><br>    in her official capacity as Florida Secretary of State, et al.,<br><br>    Defendants,<br><br>REPUBLICAN NATIONAL COMMITTEE and NATIONAL REPUBLICAN SENATORIAL COMMITTEE,<br><br>    Intervenor-Defendants. | Case 4:21-cv-00187-MW-MAF |

## FOURTH JOINT STATUS REPORT

This Court's Initial Scheduling Order dated June 4, 2021 (ECF No. 41) directed all parties to file regular joint status reports "stating what discovery requests each party has made and the status of the response to each requests." In accordance with that directive, Plaintiffs Florida State

Conference of Branches and Youth Units of the NAACP, Common Cause, and Disability Rights Florida; Defendants Laurel M. Lee, in her official capacity as the Florida Secretary of State ("Secretary Lee" or "the Secretary"), and the supervisors of elections of Florida's 67 counties, in their official capacities (the "Supervisor Defendants"); and Defendant-Intervenors Republican National Committee and the National Republican Senatorial Committee (the "Republican Intervenors" or "Intervenor-Defendants") (hereinafter collectively referred to as the "Parties"), respectfully submit their Joint Status Report, and state:

## General Matters

1. This action has been consolidated, for discovery purposes only, with *League of Women Voters, et al. v. Lee, et al.*, No. 4:21-cv-186 (N.D. Fla.) ("*LWV*"); *Florida Rising Together, et al. v. Lee, et al.*, No. 4:21-cv-201 (N.D. Fla.), and *Harriet Tubman Freedom Fighters, Corp. et al. v. Lee, et al.*, No. 21-cv-242 (N.D. Fla.) (collectively, the "Consolidated Actions").

2. Pursuant to this Court's order of July 23, 2021 (ECF No. 165), the discovery deadline is currently set for October 22, 2021. Pursuant to this Court's order of October 5, 2021 (*LWV* ECF No. 272), expert depositions must be taken on or before October 29, 2021.

2

## **Initial Disclosures**

3. Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiffs served Initial Disclosures on July 19, 2021, and Supplemental Initial Disclosures on September 17, 2021.

4. Secretary Lee and the Republican Intervenors served their respective Initial Disclosures on July 19, 2021.

5. Each Supervisor Defendant has served Initial Disclosures.

## **Written Discovery Directed to Secretary Lee**

6. Plaintiffs served their First Set of Requests for Production to Secretary Lee and First Set of Interrogatories to Secretary Lee on May 28, 2021. On July 7, 2021, Secretary Lee served responses and objections to the Plaintiffs' First Set of Requests for Production and First Set of Interrogatories. Secretary Lee agreed with Plaintiffs to complete any "rolling" productions of documents responsive to the First Set of Requests for Production and First Set of Interrogatories by July 23, 2021.

1. Secretary Lee has made rolling productions of documents in response to Plaintiffs' First Set of Requests for Production and First Set of Interrogatories, but Counsel for Plaintiffs have not yet received all documents to be produced by the Secretary in response to these discovery requests.

2. Counsel for the Plaintiffs and counsel for the Secretary have met and conferred, including by teleconference on July 30, 2021 and by letter, regarding Plaintiffs' discovery requests and the sufficiency or insufficiency of the Secretary's Responses. The Secretary has responded to certain follow-up items and has produced certain additional documents requested by Plaintiffs. The Secretary has agreed to consider producing certain additional documents requested by Plaintiffs. In an August 18, 2021 letter, Secretary Lee's counsel wrote that the Secretary was confirming "whether there are any additional responsive materials," and that the Secretary "will provide any that" her office discovers.

3. Plaintiffs served their Second Set of Requests for Production to Secretary Lee on July 23, 2021. Secretary Lee served responses and objections to the Second Set of Requests for Production on August 23, 2021 and has agreed to produce certain documents responsive to these requests.

**Written Discovery Directed to the Republican Intervenors**

4. Plaintiffs served their First Set of Requests for Production to the Republican Intervenors on July 22, 2021. Republican Intervenors served responses and objections to Plaintiffs' First Set of Requests for Production on September 10, 2021, and have produced certain documents responsive to these requests.

**Written Discovery Directed to the Supervisor Defendants**

5.     Plaintiffs served their First Set of Requests for Production and First Set of Interrogatories on the Supervisor Defendants at various points in June 2021. However, the Supervisors of Elections for Brevard, DeSoto, Flagler, Gilchrist, Gulf, Highlands, Jefferson, and Madison Counties maintain as stated in their Notice Regarding July 6, 2021 Joint Status Report (ECF No. 143) filed with the Court on July 9, 2021. The Supervisor Defendants have served responses and objections to Plaintiffs' First Set of Requests for Production, and have made document productions to the *NAACP* Plaintiffs and concurrently to the Plaintiffs in the other Consolidated Actions. Plaintiffs are reviewing the materials provided and have met and conferred with the Supervisor Defendants, including in an August 25, 2021 letter to Supervisor Defendants' counsel. In response, some Supervisor Defendants have provided additional information or documents; confirmed that they have no additional responsive documents; or confirmed that they have fully responded to the First Set of Requests for Production.

6.     Each Supervisor Defendant has served responses and objections to Plaintiffs' First Set of Interrogatories.

7.     Plaintiffs served their Second Set of Requests for Production on the Supervisor Defendants on July 22, 2021. The Supervisor Defendants'

responses to Plaintiffs' Second Set of Requests for Production were due on August 23, 2021. Most Supervisors Defendants have served responses and objections to Plaintiffs' Second Set of Requests for Production. However, Supervisors Maureen Baird (Citrus County) and Wendy Sartory Link (Palm Beach County) have not yet served responses and objections to Plaintiffs' Second Set of Requests for Production. Plaintiffs have reached out to counsel for those Supervisor Defendants to ask them to provide responses to Plaintiffs' Second Set of Requests for Production, along with responsive documents, as soon as possible.

8. Various Supervisor Defendants have made document productions in response to Plaintiffs' Second Set of Requests for Production. Plaintiffs are reviewing the materials provided and have met and conferred with some Supervisor Defendants regarding the Second Set of Requests for Production.

9. On September 22, 2021, Plaintiffs served their First Set of Requests for Admission to the Supervisor Defendants, consisting of fifteen Requests for Admission. The Supervisor Defendants' responses are due October 22, 2021.

10. Intervenor-Defendants served their First Set of Interrogatories on the Supervisor Defendants on July 2, 2021. Most Supervisor Defendants

have served responses and objections to Intervenor-Defendants' First Set of Interrogatories. Intervenor-Defendants are working with counsel for those that have not responded to ensure responses are received as soon as possible.

## Written Discovery Directed to the Plaintiffs

11. Secretary Lee served her First Set of Requests for Production and First Set of Interrogatories to the Plaintiffs on July 2, 2021. Plaintiffs served responses and objections on August 9, 2021.

12. The Republican Intervenors served their First Set of Requests for Production and First Set of Interrogatories to Plaintiffs on July 21, 2021. Plaintiffs served responses and objections on September 3, 2021.

13. Plaintiffs have made an initial production of documents in this Action. Plaintiffs are preparing additional document productions to be made on a rolling basis.

## Expert Disclosures

14. In accordance with this Court's scheduling order of July 23, 2021 (ECF No. 165), Plaintiffs served their expert disclosures on counsel of record for the Supervisor Defendants on September 1, 2021. Due to a clerical error, counsel of record for Secretary Lee and the Republican Intervenors were not included on the initial service email, so Plaintiffs' expert disclosures were served on Secretary Lee and the Republican Intervenors on September 2,

2021. Plaintiffs' expert disclosures consisted of the reports and exhibits of Professor Daniel A. Smith, Professor Traci Burch, and Mr. William S. Cooper.

15. On September 29, 2021, Secretary Lee and Florida Attorney General Ashley Moody[1] served their expert disclosures, which consisted of the reports of Professor Quentin Kidd and Professor Brad Lockerbie. On the same date, Republican Intervenors served their expert disclosures, which consisted of the report of Professor Dario Moreno.

16. Pursuant to this Court's order of July 23, 2021 (ECF No. 165), Plaintiffs' expert rebuttal reports, if any, are due on October 13, 2021.

## Party and Expert Depositions

17. The deposition of Miami-Dade County Supervisor Christina White took place on September 27, 2021. Supervisor White' deposition was the first deposition taken in the Consolidated Actions,

18. Various Parties have noticed, and in some cases scheduled, the depositions of certain other Supervisor Defendants; of organizational representatives under Fed. R. Civ. P. 30(b)(6); and of experts who submitted reports in this action.

---

[1] The Attorney General is not a defendant in the *NAACP* action, but is a defendant in two of the Consolidated Actions.

8

### Third-Party Discovery of FSE

19. On July 28, 2021, Plaintiffs served a third-party subpoena for documents to Florida Supervisors of Elections, Inc. ("FSE"), whose registered agent is Ronald A. Labasky. FSE completed its document productions in response to this subpoena on September 7, 2021.

### Third-Party Discovery of Heritage Entities

20. On August 6, 2021, Plaintiffs served third-party subpoenas for documents to The Heritage Foundation and Heritage Action for America (together, "Heritage").

21. Heritage served objections to Plaintiffs' subpoenas on September 7, 2021, and refused to produce any documents to Plaintiffs. Heritage and Plaintiffs met and conferred. Plaintiffs agreed to narrow their discovery requests in certain respects, but Heritage declined to produce any documents. Heritage and the Plaintiffs thus came to impasse.

22. As permitted by this Court's Order of September 24, 2021 (ECF No. 234), Plaintiffs filed a motion in the U.S. District Court for the Southern District of Florida (Case No. 9:21-mc-81824) on September 27, 2021, seeking an order under Fed. R. Civ. P. 45 directing Heritage to produce a subset of documents sought by the subpoenas. On October 1, 2021, Judge Middlebrooks set a briefing schedule. Pursuant to this schedule, Heritage

9

filed a response to the Motion by October 7, 2021, and Plaintiffs' reply is due on October 11, 2021.

## **Third-Party Discovery of Florida Legislators**

23. On September 29, 2021, the *NAACP* Plaintiffs and *Florida Rising* Plaintiffs served subpoenas for documents and deposition testimony to the following members of the Florida Legislature: Senator Dennis Baxley, Senator Jim Boyd, Senator Jeff Brandes, Senator Joe Gruters, Senator Kathleen Passidomo, Representative Blaise Ingoglia, and Representative Erin Grall. The deadline for document productions was set for October 13, 2021. The subpoenas called for depositions at various dates before the close of discovery.

Dated: October 7, 2021

Respectfully submitted,

s/ P. Benjamin Duke
P. Benjamin Duke (*pro hac vice*)
Shira M. Poliak (motion for admission *pro hac vice* forthcoming)
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
212-841-1270
pbduke@cov.com

Michael Pernick (*pro hac vice*)
Morenike Fajana (*pro hac vice*)
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
212-965-2200
mfajana@naacpldf.org

Robert D. Fram (*pro hac vice*)
Covington & Burling LLP
415 Mission Street
San Francisco, CA 94105
415-591-7025
rfram@cov.com

Nellie L. King (Fla. Bar No. 0099562)
The Law Offices of Nellie L. King, P.A.
319 Clematis Street, Suite 107
West Palm Beach, FL 33401
561-833-1084
Nellie@CriminalDefenseFla.com

Amia Trigg (*pro hac vice*)
Mahogane D. Reed (*pro hac vice*)
NAACP Legal Defense & Educational Fund, Inc.
700 14th Street NW, Ste. 600,
Washington, DC 20005
202-682-1300
atrigg@naacpldf.org

Benjamin L. Cavataro (Fla. Bar No. 113534)
Jad H. Khazem (Fla. Bar No. 124408)
Morgan E. Saunders (*pro hac vice*)
Elizabeth T. Fouhey (*pro hac vice*)
Michael A. Fletcher II (*pro hac vice*)
Cyrus Nasseri (*pro hac vice*)
Virginia A. Williamson (*pro hac vice*)
Covington & Burling LLP
850 Tenth Street, N.W.
Washington, DC 20001
202-662-5693
bcavataro@cov.com
msaunders@cov.com
efouhey@cov.com
mfletcher@cov.com
cnasseri@cov.com

*Counsel for Plaintiffs NAACP of Florida, Common Cause, and Disability Rights Florida*

11

s/ Phillip M. Gordon
Mohammad O. Jazil (Fla. Bar No. 72556)
Holtzman Vogel Baran Torchinsky Josefiak PLLC
119 S. Monroe St., Ste 500
Tallahassee, FL 32301
850-274-1690
mjazil@holtzmanvogel.com

Phillip M. Gordon (*pro hac vice*)
John J. Cycon (*pro hac vice*)
Kenneth C. Daines (*pro hac vice*)
Dallin B. Holt (*pro hac vice*)
Holtzman Vogel Baran Torchinsky Josefiak PLLC
15405 John Marshall Highway
Haymarket, VA 20169
540-341-8808
pgordon@holtzmanvogel.com
jcycon@holtzmanvogel.com
kdaines@holtzmanvogel.com
dholt@holtzmanvogel.com

Bradley R. McVay (Fla. Bar No. 79034)
Ashley E. Davis (Fla. Bar No. 48032)
Colleen E. O'Brien (Fla. Bar No. 76578)
Florida Department of State
RA Gray Building
500 South Bronough St., Ste. 100
Tallahassee, FL 32399
850-245-6531
brad.mcvay@dos.myflorida.com
ashley.davis@dos.myflorida.com
colleen.obrien@dos.myflorida.com

*Counsel for Defendant Laurel M. Lee*

s/ Susan Erdelyi
Susan Erdelyi (Fla. Bar No. 648965)
Marks Gray, P.A.
1200 Riverplace Blvd, Ste. 800
Jacksonville, FL 32207
904-807-2126
sse@marksgray.com

*Counsel for Defendants Christopher Milton, Mark Anderson, Amanda Seyfang, Sharon Chason, Tomi S. Brown, Starlet Cannon, Heather Riley, Shirley Knight, Laura Hutto, Carol Dunaway, Travis Hart, Grant Conyers, Janet Adkins, Charles Overturf, Tappie Villane, Vicky Oakes, William Keen, Jennifer Musgrove, Dana Southerland, Deborah Osborne, Joseph Morgan, Bobby Beasley and Carol Rudd*


s/ Frank M. Mari
Frank M. Mari (Fla. Bar No. 93243)
John M. Janousek (Fla. Bar No. 98599)
Bell & Roper, P.A.
2707 E. Jefferson St.
Orlando, FL 32803
407-897-5150
fmari@bellroperlaw.com
jjanousek@bellroperlaw.com

*Counsel for Defendants Mark Negley, Connie Sanchez, John Hanlon, Marty Bishop, Heath Driggers, Lori Scott, Kaiti Lenhart, and Penny Ogg*

s/ Andy V. Bardos
Andy V. Bardos (Fla. Bar No. 822671)
GrayRobinson, P.A.
301 S. Bronough St, Ste. 600
Tallahassee, FL 32301
850-577-9090
andy.bardos@gray-robinson.com

*Counsel for Defendants Paul Stamoulis, Jennifer J. Edwards, Leslie Swan, Alan Hays, Tommy Doyle, Michael Bennett, Wesley Wilcox, Joyce Griffin, Brian Corley and Christopher Anderson*

13

s/ John T. LaVia
Ronald A. Labasky (Fla. Bar No. 206326)
Brewton Plante, P.A.
215 S. Monroe Street, Ste. 825
Tallahassee, FL 3230
850-222-7718
rlabasky@bplawfirm.net

John T. LaVia (Fla. Bar No. 853666)
Gardner, Bist, Bowden, Bush, Dee, Lavia & Wright, P.A.
1300 Thomaswood Drive
Tallahassee, FL 32308
jlavia@gbwlegal.com

*Counsel for Defendants Chris H. Chambless, Vicki Davis, Mary Jane Arrington, Gertrude Walker and Lori Edwards*

s/ Kyle J. Benda
Jon A. Jouben (Fla. Bar No. 149561)
Kyle J. Benda (Fla. Bar No. 113525)
Hernando County Attorney's Office
20 N. Main Street, Ste. 462
Brooksville, FL 34601-2850
351-754-4122
jjouben@co.hernando.fl.us
kbenda@co.hernando.fl.us

*Counsel for Defendant Shirley Anderson*

s/ Stephen M. Todd
Stephen M. Todd (Fla. Bar No. 886203)
Office of the Hillsborough County Attorney
601 E. Kennedy Blvd., 27th Floor
Tampa, FL 33602
813-272-5670
todds@hillsboroughcounty.org

*Counsel for Defendant Craig Latimer*

s/ Kelly L. Vicari
Kelly L. Vicari (Fla. Bar No. 88704)
Pinellas County Attorney's Office
315 Court Street, 6th Floor
Clearwater, FL 33756
727-464-3354
kvicari@pinellascounty.org

*Counsel for Defendant Julie Marcus*

14

s/ Kia M. Johnson
Kia M. Johnson (Fla. Bar No. 124746)
Escambia County Attorney's Office
221 Palafox Place, Ste. 430
Pensacola, FL 32502
850-595-4970
kmjohnson@myescambia.com

*Counsel for Defendant David H. Stafford*

s/ Dale A. Scott
Dale A. Scott (Fla. Bar No. 568821)
Roper, P.A.
2707 E. Jefferson St.
Orlando, FL 32803
407-897-5150
dscott@roperpa.com

*Counsel for Defendant Maureen Baird*

s/ Benjamin Salzillo
Benjamin Salzillo (Fla. Bar No. 582751)
Nathaniel A. Klitsberg (Fla. Bar No. 307520)
Joseph K. Jarone (Fla. Bar No. 117768)
Broward County Attorney's Office
115 South Andrews Ave., Ste. 423
Ft. Lauderdale, FL 3330
954-357-7600
bsazillo@broward.org
nklitsberg@broward.org
jkjarone@broward.org

*Counsel for Defendant Joe Scott*

s/ Craig D. Feiser
Craig D. Feiser (Fla. Bar No. 164593)
Mary Margaret Giannini (Fla. Bar No. 1005572)
117 W. Duval Street, Suite 480
Jacksonville, FL 32202
904-255-5100
cfeiser@coj.net
mgiannini@coj.net

*Counsel for Defendant Mike Hogan*

s/ Jerry Olivo
Robert C. Shearman (Fla. Bar No. 614025)
Jerry Olivo (Fla. Bar No. 60905)
Henderson, Franklin, Starnes & Holt, P.A.
1715 Monroe Street
Ft. Myers, FL 33901
239-334-1346
robert.shearman@henlaw.com
jerry.olivo@henlaw.com

*Counsel for Defendants Aletris Farnam, Diane Smith, Brenda Hoots, Therisa Meadows, Tammy Jones and Melissa Arnold*

s/ Gregory T. Stewart
Gregory T. Stewart (Fla. Bar No. 203718)
Elizabeth D. Ellis (Fla. Bar No. 97873)
Kirsten H. Mood (Fla. Bar No. 115595)
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, FL 32308
(850) 224-4070
gstewart@ngnlaw.com
eellis@ngnlaw.com
kmood@ngnlaw.com

*Counsel for Defendant Paul Lux*

s/ Mark Herron
Mark Herron (Fla. Bar No. 199737)
S. Denay Brown (Fla. Bar No. 88571)
Messer Caparello, P.A.
2618 Centennial Place
Tallahassee, FL 32308
mherron@lawfla.com
dbrown@lawfla.com
850-222-0720

*Counsel for Defendant Mark Earley*

s/ Nicholas Shannin
Nicholas Shannin (Fla. Bar No. 9570)
Shannin Law Firm
214 S. Lucerne Circle East
Orlando, FL 32801
407-985-2222
nshannin@shanninlaw.com

*Counsel for Defendant Bill Cowles*

s/ W. Kevin Bledsoe
London L. Ott (Fla. Bar No. 95058)
W. Kevin Bledsoe (Fla. Bar No. 29769)
123 W. Indiana Avenue
Deland, FL 32720
lott@volusia.org
kbledsoe@volusia.org
386-736-5950

*Counsel for Defendant Lisa Lewis*

s/ Michael B. Valdes
Michael B. Valdes (Fla. Bar No. 93129)
Miami-Dade Attorney's Office
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, FL 33128
305-375-5620
michael.valdes@miamidade.gov

*Counsel for Defendant Christina White*

s/ Morgan R. Bentley
Morgan R. Bentley (Fla. Bar No. 962287)
Bentley Goodrich Kison, P.A.
783 South Orange Ave., Third Floor
Sarasota, FL 34236
941-556-9030
mbentley@bgk.law

*Counsel for Defendant Ron Turner*

s/ Robert C. Swain
Robert C. Swain (Fla. Bar No. 366961)
Diana M. Johnson (Fla. Bar No. 69160)
Alachua County Attorney's Office
12 SE First St.
Gainesville, FL 32602
352-374-5218
bswain@alachuacounty.us
dmjohnson@alachuacounty.us

*Counsel for Defendant Kim A. Barton*

s/ Ashley D. Houlihan
Ashley D. Houlihan (Fla. Bar No. 125852)
Palm Beach County Supervisor of Elections' Office
240 S Military Trail
West Palm Beach, FL 33416
561-656-6200
ashleyhoulihan@votepalmbeach.gov

*Counsel for Defendant Wendy Sartory Link*

s/ Benjamin J. Gibson
Benjamin J. Gibson (Fla. Bar No. 58661)
Daniel E. Nordby (Fla. Bar No. 14588)
George N. Meros, Jr. (Fla. Bar No. 263321)
Amber S. Nunnally (Fla. Bar No. 109281)
Shutts & Bowen LLP
215 S. Monroe St., Ste. 804
Tallahassee, FL 32301
850-241-1720
bgibson@shutts.com
dnordby@shutts.com
gmeros@shutts.com
anunnally@shutts.com

Daniel Shapiro (*pro hac vice*)
Cameron T. Norris (*pro hac vice*)
Tyler Green (*pro hac vice*)
Consovoy McCarthy, PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
703-243-9423
daniel@consovoymccarthy.com
tyler@consovoymccarthy.com
cam@consovoymccarthy.com

*Counsel for Intervenor-Defendants Republican National Committee and National Republican Senatorial Committee*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served to all counsel of record through the Court's CM/ECF system on October 7, 2021.

s/ Benjamin L. Cavataro

*Attorney for Plaintiffs*
