UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE OF
THE NAACP, et al.**,

    *Plaintiffs*,

    v.                                                                          Case No. 4:21-CV-187

**LAUREL M. LEE, in her official
capacity as FLORIDA SECRETARY
OF STATE, et al.**,

    *Defendants*.
_____/

**FLORIDA RISING TOGETHER, et al.**,

    *Plaintiffs*,

    v.                                                                          Case No. 4:21-CV-201

**LAUREL M. LEE, in her official
capacity as FLORIDA SECRETARY
OF STATE, et al.**,

    *Defendants*.
_____/

**UNOPPOSED MOTION TO FILE A REPLY BRIEF IN SUPPORT OF
MOTION TO QUASH SUBPOENAS FOR THE DEPOSITION
TESTIMONY OF SEVEN MEMBERS OF THE FLORIDA LEGISLATURE**

Senators Jeff Brandes, Joe Gruters, Kathleen Passidomo, Dennis Baxley, and Jim Boyd and Representatives Blaise Ingoglia and Erin Grall (together, the "Members") seek leave to file a reply brief and state as follows:

1. Per the parties' agreement, the Members filed their motion to quash on October 20, 2021 and, per the Court's order, Plaintiffs filed their opposition eight days later, on October 28, 2021. The Members respectfully ask the Court for leave to file a reply memorandum within 24 hours of the Court's order granting leave or at such other time as is set by the Court.

2. Especially given the "importan[ce]" of the legislative privilege, *In re Hubbard*, 803 F.3d 1298, 1307 (11th Cir. 2015), there is good cause to allow a reply, *see* Local R. 7.1(I). The Members wish to address points that Plaintiffs did not fully raise during the meet-and-confer process and raise now in their opposition.

3. Undersigned counsel has conferred with counsel for Plaintiffs and is authorized to represent that this motion is unopposed.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

*/s/ Daniel W. Bell*
HENRY C. WHITAKER (FBN 1031175)
  *Solicitor General*
DANIEL W. BELL (FBN 1008587)
  *Chief Deputy Solicitor General*
EVAN EZRAY (FBN 1008228)
  *Deputy Solicitor General*

Office of the Attorney General
State of Florida
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3665
Facsimile: (850) 413-7555
Daniel.Bell@myfloridalegal.com

*Counsel for Senators Jeff Brandes, Joe Gruters, Kathleen Passidomo, Dennis Baxley, and Jim Boyd and Representatives Blaise Ingoglia and Erin Grall*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 7.1(F) of the Local Rules of the Northern District of Florida, I certify that the foregoing Motion and Incorporated Memorandum contains 170 words.

/s/ *Daniel W. Bell*
Daniel W. Bell

## CERTIFICATE OF CONFERENCE

Pursuant to Rule 7.1(C) of the Local Rules of the Northern District of Florida, I certify that undersigned counsel conferred in good faith with counsel for Plaintiffs in an effort to resolve the issues raised in this motion, as required by Local Rule 7.1(B). As a result of that conference, undersigned can represent that Plaintiffs do not oppose the relief sought in this motion.

/s/ *Daniel W. Bell*
Daniel W. Bell

## CERTIFICATE OF SERVICE

I certify that on this 29th day of October 2021, a copy of the foregoing was served on all counsel of record through the Court's CM/ECF Notice of Electronic Filing System.

/s/ *Daniel W. Bell*
Daniel W. Bell
