# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE OF THE NAACP, et. al.,**

    *Plaintiffs*,

v.                                       Case No.:  4:21cv187-MW/MAF

**LAUREL M. LEE, in her official capacity as Florida Secretary of State, et al.,**

    *Defendants*,

**and**

**NATIONAL REPUBLICAN SENATORIAL COMMITTEE and REPUBLICAN NATIONAL COMMITTEE,**

    *Intervenor-Defendants.*

_____/

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT AS MOOT

After filing her motion for summary judgment, ECF No. 281, Defendant Lee filed a corrected motion for summary judgment, ECF No. 285. Accordingly, Defendant Lee's original motion, ECF No. 281, is **DENIED as moot**.

**SO ORDERED** on November 15, 2021.

                                                             **s/Mark E. Walker**        
                                                             **Chief United States District Judge**