IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et al.,**

    *Plaintiffs*,

v.                                                                          Case No.:  4:21cv186-MW/MAF
                                                                       4:21cv187-MW/MAF

**LAUREL M. LEE, in her official**              4:21cv201-MW/MJF
**capacity as Florida Secretary of**             4:21cv242-MW/MAF
**State, et al.,**

    *Defendants*,

**and**

**NATIONAL REPUBLICAN
SENATORIAL COMMITTEE and
REPUBLICAN NATIONAL
COMMITTEE,**

    *Intervenor-Defendants.*
_____/

**ORDER DENYING WITHOUT PREJUDICE
JOINT MOTION TO CONSOLIDATE CASES FOR TRIAL**

The parties jointly move for this Court to consolidate their four cases for trial. ECF No. 334. The motion, ECF No. 334, is **DENIED without prejudice**. This Court will revisit the issue after ruling on the parties' pending cross-motions for summary judgment and determine what, if any, issues remain to be decided at the bench trials

set for January 31, 2021.

**SO ORDERED on December 1, 2021.**

**s/Mark E. Walker</u>**
**Chief United States District Judge**
