IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE OF THE NAACP, et. al.,**

    *Plaintiffs*,

v.                                          Case No.:  4:21cv187-MW/MAF

**LAUREL M. LEE, in her official capacity as Florida Secretary of State, et al.,**

    *Defendants*,

**and**

**NATIONAL REPUBLICAN SENATORIAL COMMITTEE and REPUBLICAN NATIONAL COMMITTEE,**

    *Intervenor-Defendants.*

_____/

**ORDER DIRECTING CLERK TO TERMINATE MOTION FOR ENTITLEMENT TO ATTORNEYS' FEES**

Plaintiffs have filed a motion to determine entitlement to attorneys' fees. ECF No. 360. However, this case is now on appeal. ECF No. 353. Accordingly, given the limitation on judicial resources, this Court defers ruling on the motion for entitlement to fees until the pending appeal is resolved. To be clear, the motion remains pending, and this Court enters this Order only for administrative purposes,

which Plaintiffs appear to understand. *See* ECF No. 360 at 1 n.1.

The Clerk is directed to terminate the motion, ECF No. 360, and this Court will re-gavel it, if necessary, once the appeal is final. Defendants need not respond to the motion at this time. If Plaintiffs believe there is an important reason to address the motion on the merits now, notwithstanding the pending appeal, they must file a supplemental brief explaining why **on or before Friday, April 22, 2022**.

**SO ORDERED on April 15, 2022.**

s/Mark E. Walker                     
**Chief United States District Judge**
