IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et al.,

    Plaintiffs,
v.                              Case No.: 4:21cv187-MW/MAF

CORD BYRD, et al.,

    Defendants.

_____/

**AMENDED PARTIAL JUDGMENT**

Plaintiffs' claims challenging section 104.0616(2), Florida Statutes, are DISMISSED without prejudice for lack of standing. Judgment is entered in favor of Defendants with respect to Counts I, III, VI, VII, and VIII of Plaintiffs' amended complaint, ECF No. 45. Judgment is entered in favor of Plaintiffs with respect to Count V. This Court DECLARES that the prohibition against "engaging in any activity with the . . . effect of influencing a voter" under section 102.031(4)(a)–(b), Florida Statutes (2021), as amended by SB 90, violates Plaintiffs' rights under the Fourteenth Amendment of the United States Constitution. This Court GRANTS in part Plaintiffs' request for a permanent injunction. Neither Defendant Supervisors of Elections, nor their successors in office, deputies, officers, employees, agents, nor any person in active participation

or concert with Defendant Supervisors of Elections shall enforce, nor permit enforcement of the prohibition against "engaging in any activity with the . . . effect of influencing a voter" as described in section 102.0131(4)(a)–(b), Florida Statutes (2021), as amended by SB 90. Defendant Supervisors of Elections and their successors in office, as well as their deputies, officers, employees, agents, and any other person in active participation and concert with Defendant Supervisors of Elections shall take all practicable measures within the scope of their official authority to ensure compliance with the terms of this Order

|  |  |
|---|---|
| November 15, 2023 | JESSICA J LYUBLANOVITS, CLERK OF COURT |
| DATE | s/ *Ronnie Barker* |
|  | DEPUTY CLERK |