IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et al.,**

    *Plaintiffs*,

v.                                                                                    Case No. 4:21cv186-MW/MAF
                                                                                       Case No. 4:21cv187-MW/MAF
                                                                                       Case No. 4:21cv201-MW/MJF

**FLORIDA SECRETARY OF
STATE, et al.,**

    *Defendants,*

**and**

**NATIONAL REPUBLICAN
SENATORIAL COMMITTEE
and REPUBLICAN NATIONAL**

    *Intervenor-Defendants*                /

## JUDGMENT

    Judgment is entered in favor of Defendants with respect to Plaintiffs' remaining claims on remand.

                                                          JESSICA J. LYUBLANOVITS
                                                          CLERK OF COURT

<u>February 8, 2024</u>                                          s/ *Kimberly J. Westphal*
Date                                                         Deputy Clerk: Kimberly J. Westphal