UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., et al.,<br>*Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as Florida Secretary of State, et al.,<br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE and NATIONAL REPUBLICAN SENATORIAL COMMITTEE,<br>*Intervenor-Defendants*. | No. 4:21-cv-186-MW-MAF<br>No. 4:21-cv-187-MW-MAF<br>No. 4:21-cv-201-MW-MAF<br>No. 4:21-cv-242-MW-MAF |

**THE SECRETARY AND ATTORNEY
GENERAL'S MOTION FOR AN EXTENSION OF TIME**

Secretary Byrd and Attorney General Moody ask this Court to extend the deadline for their responses in opposition to Plaintiffs' motions for fee amount to December 23, 2024.

*First,* the extension is necessary because the Secretary and the Attorney General must respond to multiple motions, each with detailed material and large sums; must coordinate with the State's risk management team; and must focus on other obligations, including the administration of Florida's August primary election and November general election. The timelines for the 2024 primary and general elections are available at the Florida Department of State's website (https://dos.fl.gov/elections/for-

1

voters/election-dates/); they don't account for work that may be required if election contests are filed within "10 days after midnight of the date the last board responsible for certifying the results officially certifies the results of the election being contested," Fla. Stat. § 102.168(2).

*Second*, as a practical matter, the time requested may allow the various parties, counsel, and state actors to make a good faith attempt to resolve the fee amounts.

The Secretary and the Attorney General conferred with Plaintiffs, who only agree to an extension to October 21. This is insufficient—particularly given the work that the Secretary and his legal team need to undertake for both the primary and general elections, and given the amount of work necessary for the Secretary and Attorney General (and any expert) to do in this case. Moreover, there's no reason to rush this work. Like Plaintiffs, the Secretary and Attorney General seek an extension of time to file fees papers in this case.

Therefore, the Secretary and Attorney General ask this Court to grant their motion.

\* \* \*

Dated: August 13, 2024

Bradley R. McVay (FBN 79034)
  Deputy Secretary of State
Brad.McVay@dos.myflorida.com
Ashley E. Davis (FBN 48032)
  Chief Deputy General Counsel
Ashley.Davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
Phone: (850) 245-6536
Fax: (850) 245-6127

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32031
Phone: (850) 270-5938
Fax: (850) 741-1023
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
zbennington@holtzmanvogel.com

*Counsel for the Secretary*

Respectfully submitted by,

**Ashley Moody**
**Attorney General**

/s/ William H. Stafford III
William H. Stafford III (FBN 70394)
SPECIAL COUNSEL
William.Stafford@myfloridalegal.com
Emily J. Witthoeft (FBN 1039542)
ASSISTANT ATTORNEY GENERAL
emily.witthoeft@myfloridalegal.com
OFFICE OF THE ATTORNEY GENERAL
Complex Litigation - Bureau
PL-01 The Capitol
Tallahassee, FL 32399-1050

*Counsel for Attorney General Moody*

## Certificate of Compliance

I certify that the foregoing complies with the size and font requirements of Local Rule 5.1 and the requirements of Local Rule 7.1.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

## Certificate of Conferral

I certify that under Local Rule 7.1(c), I conferred with Plaintiffs' counsel before filing this motion, as explained above. Plaintiffs only agree to an extension to October 21.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

## Certificate of Service

I certify that on August 13, 2024, I filed the foregoing on CM/ECF, which serves the foregoing to all counsel of record.

/s/ Mohammad O. Jazil
Mohammad O. Jazil