IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF THE NAACP, et. al.,

    Plaintiffs,

v().                             Case No.: 4:21cv187-MW/MAF

CORD BYRD, in his official
capacity as Florida Secretary of
State, et al.,

    Defendants.

## JUDGMENT

Plaintiffs are entitled to judgment against Defendants in the amount of $133,628.88 in attorneys' fees, for which sum let execution rest.

December 20, 2024
DATE

JESSICA J LYUBLANOVITS,
CLERK OF COURT
s/ *Samantha Buckhalt*
DEPUTY CLERK